## KENYON *v.* FOWLER, RECEIVER OF AMERICAN EXCHANGE NATIONAL BANK OF SYRACUSE.

ERROR TO THE CIRCUIT COURT OF APPEALS FOR THE SECOND CIRCUIT.

No. 87.   Argued January 18, 1910.—Decided January 24, 1910.

Judgment of the Circuit Court of Appeals affirming a judgment of the District Court for an assessment of stock of an insolvent national bank made by the Comptroller, affirmed without opinion.
155 Fed. Rep. 107, affirmed.

· Mr. *Dorr Raymond Cobb* for plaintiff in error.

Mr. *Leonard C. Crouch* for defendant in error.

*Per Curiam.* Judgment affirmed with costs, and cause remanded to the Circuit Court of the United States for the Northern District of New York. *Keyser* v. *Hitz,* 133 U. S. 138; *Finn* v. *Brown,* 142 U. S. 56; *Richmond* v. *Irons,* 121 U. S. 27; *Matteson* v. *Dent,* 176 U. S. 521. Opinion below, 155 Fed. Rep. 107; *S. C.,* 83 C. C. A. 567.